1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                * * * * *

9  GREG GAMACHE,                    )
                                    )
10          Plaintiff,               )       3:11-cv-00184-LRH-VPC
                                    )
11  v.                               )
                                    )       O R D E R
12  FEDERAL BUREAU OF INVESTIGATION, )
    FEDERAL COMMUNICATIONS          )
13  COMMISSION,                      )
                                    )
14          Defendants.              )
    _____)
15

16         Before this Court is the Report and Recommendation of U.S. Magistrate Judge Robert A.

17  McQuaid, Jr. (#5[1]) entered on March 24, 2011, recommending that the District Court enter an order

18  dismissing this action with prejudice and entering judgment accordingly. No objection to the Report

19  and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28

20  U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court

21  for the District of Nevada.

22         The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

23  memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) (B)

24  and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation

25

26         [1]Refers to court's docket number.

(#5) entered on March 24, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#5) entered on March 24, 2011, is adopted and accepted, and this action is DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 25th day of April, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE