AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

GREG GAMACHE,

    Plaintiff,

V.

FEDERAL BUREAU OF INVESTIGATION,
FEDERAL COMMUNICATIONS
COMMISSION,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00184-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (Docket #5) entered on March 24, 2011, is adopted and accepted, and this action is DISMISSED WITH PREJUDICE.

| 4/25/2011 | **LANCE S. WILSON** |
|---|---|
| | Clerk |
| | /s/ P. McDonald |
| | Deputy Clerk |